ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PENNY REICHMAN, ) | CASE NO. 5:07CV2470 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | MEMORANDUM OF OPINION |
| MICHAEL J. ASTRUE, ) | AND ORDER |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

The Social Security Administration denied plaintiff's application for disability insurance and supplemental security income (SSI) benefits in the above-captioned case. The claimant sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Patricia A. Hemann for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). Due to the retirement of Magistrate Judge Hemann and pursuant to General Order No. 2008-06, the Magistrate Judge assignment for the case at bar was reassigned from Magistrate Judge Hemann to Magistrate Judge Kenneth S. McHargh pursuant to the standard protocol.

Magistrate Judge McHargh submitted a Report and Recommendation (Doc. 15) recommending that the Complaint be dismissed upon the grounds that the plaintiff has not filed a brief or shown cause why this case should not be dismissed. Plaintiff also did not request an additional enlargement of time in which to do so.

Fed. R. Civ. P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but neither party has filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. The Complaint will be dismissed.

IT IS SO ORDERED.

 May 15, 2008                             */s/ John R. Adams*
Date                                       John R. Adams
                                           U.S. District Judge